**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*In re Malibu Media BitTorrent Copyright Infringement Litigation*

No. C 16-05737 WHA
No. C 16-05738 WHA
No. C 16-05739 WHA
No. C 16-05823 WHA
No. C 16-05824 WHA
No. C 16-05825 WHA
No. C 16-05826 WHA
No. C 16-05827 WHA
No. C 16-05828 WHA
No. C 16-05829 WHA
No. C 16-05843 WHA
No. C 16-05845 WHA
No. C 16-05847 WHA
No. C 16-05848 WHA
No. C 16-05849 WHA
No. C 16-05850 WHA
No. C 16-05855 WHA
No. C 16-05920 WHA
No. C 16-05921 WHA
No. C 16-05922 WHA
No. C 16-05923 WHA
No. C 16-05925 WHA
No. C 16-05926 WHA
No. C 16-05927 WHA
No. C 16-05970 WHA
No. C 16-05972 WHA
No. C 16-05973 WHA
No. C 16-05974 WHA
No. C 16-05975 WHA
No. C 16-05976 WHA
No. C 16-05977 WHA
No. C 16-06106 WHA
No. C 16-06107 WHA
No. C 16-06108 WHA
No. C 16-06109 WHA
No. C 16-06110 WHA
No. C 16-06111 WHA
No. C 16-06112 WHA
No. C 16-06141 WHA

No. C 16-06143 WHA
No. C 16-06144 WHA
No. C 16-06146 WHA
No. C 16-06147 WHA
No. C 16-06155 WHA
No. C 16-06160 WHA
No. C 16-06239 WHA
No. C 16-06240 WHA
No. C 16-06241 WHA
No. C 16-06242 WHA
No. C 16-06243 WHA
No. C 16-06245 WHA
No. C 16-06247 WHA
No. C 16-06249 WHA

**ORDER SETTING DEADLINE TO FILE A RENEWED MOTION FOR LEAVE TO SERVE A THIRD-PARTY SUBPOENA**

                                    /

In each of the above-captioned cases, an order denied Malibu Media's request for leave to serve a third-party subpoena on the Internet service provider that assigned the respective defendants' IP addresses according to a database maintained at maxmind.com without prejudice to a renewed motion that more completely addressed the accuracy of that database.

Malibu Media shall have until **JANUARY 19, AT NOON**, to file its renewed motions in each case. If such a motion is timely filed and granted, the deadline to serve the defendant with the summons and complaint will be set as the later of the deadline set by Rule 4(m) or thirty-five days after Malibu Media receives the defendant's identifying information from the Internet service provider. (A similar extension has been granted as a matter of course in all of Malibu Media's cases assigned to the undersigned judge.) Failure to timely file a renewed motion will result in dismissal for lack of prosecution of the respective case.

**IT IS SO ORDERED.**

Dated: January 4, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2