1
2
3
4
5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                                  No. C 16-05824 WHA
                                                   No. C 16-05820 WHA
10   *In re Malibu Media BitTorrent Copyright*     No. C 16-05875 WHA
     *Infringement Litigation*                     No. C 16-06143 WHA
11                                                 No. C 16-06240 WHA
                                                   No. C 16-06247 WHA
12                                                 No. C 16-06240 WHA

13

14                                                 **NOTICE RE CASE**
                                                   **MANAGEMENT**
15                                                 **CONFERENCES**

16   _____/

17        Case management conferences in each of the seven above-captioned actions are

18   scheduled for **TOMORROW, MAY 18 AT 11:00 A.M.**  Counsel shall please come prepared with

19   accurate information about whether they have received a response from the Internet service

20   providers in each action (and if so, when) and whether the defendants have been formally

21   served in each action (and if so, when).

22

23

24   Dated:    May 17, 2017.                    _____
25                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE
26

27

28