IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*In re Malibu Media BitTorrent Copyright Infringement Litigation*

No. C 16-05824 WHA
No. C 16-05920 WHA
No. C 16-05975 WHA
No. C 16-06247 WHA
No. C 16-06249 WHA

**ORDER DISMISSING ACTIONS**

/

Pursuant to counsel's agreement at the case management conference in this action that occurred on May 18, 2017, this action is **VOLUNTARILY DISMISSED WITH PREJUDICE**. The Clerk shall please **CLOSE THE FILE**.

Dated: May 25, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE